# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **SAMUEL MORELAND,** | Case No. 3:05-cv-334 |
| Petitioner, | District Judge Thomas M. Rose |
| -vs- | Magistrate Judge Michael R. Merz |
| **MARGARET BRADSHAW, Warden,** | |
| Respondent. | |

**ENTRY AND ORDER OVERRULING SAMUEL MORELAND'S OBJECTIONS (Doc. #110)TO MAGISTRATE JUDGE MICHAEL R. MERZ'S REPORT AND RECOMMENDATIONS (Doc. #104); OVERRULING SAMUEL MORELAND'S OBJECTIONS (Doc. # 116) TO MAGISTRATE JUDGE MICHAEL R. MERZ'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. #114); ADOPTING MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS IN THEIR ENTIRETY AND TERMINATING THIS CASE**

This is a habeas action brought by Petitioner Samuel Moreland ("Moreland') pursuant to 28 U.S.C. § 2254. Therein, Moreland seeks relief from both his conviction for aggravated murder with death specifications and his resulting death sentence.

On October 23, 2008, Magistrate Judge Merz issued a Report and Recommendations (doc. #104) recommending that Moreland's Petition for a Writ of Habeas Corpus be denied and dismissed with prejudice. Moreland objected (doc. #110) and the Warden responded to Moreland's Objections (doc. #111).

On February 17, 2009, Magistrate Judge Merz issued a Supplemental Report and Recommendations again recommending that Moreland's Petition for a Writ of Habeas Corpus be

denied and dismissed with prejudice. Moreland again objected. (Doc. 114.) The time has run and the Warden has not responded to Moreland's Objections to the Supplemental Report and Recommendations. Thus, this matter is before the Court on Moreland's Objections to the Report and Recommendations an on his Objections to the Supplemental Report and Recommendations.

.	As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Moreland's Objections to the Magistrate Judge's Report and Recommendations and his Objections to the Magistrate Judge's Supplemental Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations are ADOPTED in their entirety.

Moreland's Petition for a Writ of Habeas Corpus is dismissed with prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Tenth day of April, 2009.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record