# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL MORELAND,

:

    Petitioner,                           Case No. 3:05-cv-334

:         District Judge Thomas M. Rose

  -vs-                                    Magistrate Judge Michael R. Merz

MARGARET BRADSHAW, Warden,

:

    Respondent.

## ORDER APPOINTING COUNSEL AND SETTING DATE FOR MOTION FOR CERTIFICATE OF APPEALABILITY

This capital habeas corpus case is before the United States Court of Appeals on Petitioner's Notice of Appeal (Doc. No. 119) from the final Judgment of District Judge Thomas M. Rose dismissing the Petition with prejudice (Doc. Nos. 117, 118). This Court retains ancillary jurisdiction to consider whether to grant a certificate of appealability. The Court had heretofore set a deadline of July 15, 2009, for Petitioner to move for a certificate (Doc. Nos. 120, 121, and notation order). However, on July 7, 2009, the Court received notice that the Court of Appeals would appoint substitute counsel.

The Sixth Circuit has now appointed Assistant Federal Public Defenders Melissa Callais and Justin Thompson as Petitioner's counsel on appeal. This Court hereby appoints the same counsel as Petitioner's counsel in this Court. The Clerk will enter the appearance of these two attorneys as counsel for Petitioner under 18 U.S.C. § 3006A, designating Ms. Callais as trial attorney under S.

D. Ohio Civ. R. 83.4. Petitioner shall file his motion for certificate of appealability in this matter not later than September 1, 2009. **Messrs. Gounaris and Skelton are granted leave to withdraw and are relieved of responsibility for filing that motion.**

July 21, 2009.

s/ **Michael R. Merz**

United States Magistrate Judge