**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **SAMUEL MORELAND,** | Case No. 3:05-cv-334 |
| Petitioner, | |
| -vs- | District Judge Thomas M. Rose |
| **MARGARET BRADSHAW, Warden,** | Magistrate Judge Michael R. Merz |
| Respondent. | |

**ENTRY AND ORDER OVERRULING SAMUEL MORELAND'S OBJECTIONS (Doc. #133) TO MAGISTRATE JUDGE MICHAEL R. MERZ'S REPORT AND RECOMMENDATIONS (Doc. #132) REGARDING A CERTIFICATE OF APPEALABILITY; ADOPTING MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS IN ITS ENTIRETY AND TERMINATING THIS CASE**

This is a habeas action brought by Petitioner Samuel Moreland ("Moreland') pursuant to 28 U.S.C. § 2254. Therein, Moreland sought relief from both his conviction for aggravated murder with death specifications and his resulting death sentence. Moreland's Petition for a Writ of Habeas Corpus was denied. (Doc. #117.) Moreland then sought a Certificate of Appealability. (Doc. #128.)

On December 3. 2009, Magistrate Judge Merz issued a Report and Recommendations (doc. #132) recommending that Moreland be granted a Certificate of Appealability on sub-claims four and five of Ground Three and on Grounds Four, Five, Six and Seven and otherwise denying a Certificate of Appealability. Moreland objected (doc. #133) and the Warden had not responded.

.       As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Moreland's Objections to the Magistrate Judge's Report and Recommendations regarding Moreland's request for a Certificate of Appealability are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is ADOPTED in its entirety.

Moreland is GRANTED a Certificate of Appealability on sub-claims four and five of Ground Three, and on Grounds Four, Five, Six and Seven. Moreland's request for a Certificate of Appealability is otherwise DENIED. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixth day of January, 2010.

                                              **s/Thomas M. Rose**

                                              THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record