# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL MORELAND,
:
    Petitioner,                                   Case No. 3:05-cv-334

                                         :              District Judge Thomas M. Rose
    -vs-                                             Magistrate Judge Michael R. Merz

NORMA ROBINSON, Warden,
:
    Respondent.

## ORDER STRIKING AFFIDAVIT

       This capital habeas corpus case is before the Court on Petitioner's *pro se* Sworn Affidavit (Doc. No. 150). The Affidavit is STRICKEN because:

1.     Moreland is represented by counsel and may therefore not file material with the Court *pro se*.

2.     The Affidavit purports to add factual matter to the record without permission to expand the record under Habeas Rule 7.

December 17, 2012.

                                                                                 s/ *Michael R. Merz*
                                                                       United States Magistrate Judge