# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL MORELAND,

    Petitioner,

    -vs-

NORMA ROBINSON, Warden,

    Respondent.

Case No. 3:05-cv-334

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 149), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 31, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Petitioner's Motion to Set Aside Judgment (Doc. No. 144) is denied for lack of jurisdiction.

January 14, 2013.

                                                    s/THOMAS M. ROSE

                                                  _____
                                                      Thomas M. Rose
                                            United States District Judge